IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYMERE JOHNSON** | : | **CIVIL NO.** |
| | : | |
| v. | : | |
| | : | 22-5124 |
| **EQUIFAX**, *et al.* | : | |

### ORDER

**AND NOW,** this 30th day of September, 2024, upon consideration of Defendants' Joint Motion for Judgment on the Pleadings (ECF No. 30), it is hereby **ORDERED** that the motion is granted. This matter is hereby dismissed.

BY THE COURT:

_____
HON. MIA R. PEREZ